# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

JASON EDWARD RHEINSTEIN

: No. 2740 Disciplinary Docket No. 3
:
: No. 110 DB 2020
:
: (In the Court of Appeals of Maryland,
: Misc. Docket AG No. 77, September Term,
: 2015)
:
: Attorney Registration No. 205996
:
: (Out of State)

## ORDER

**PER CURIAM**

     **AND NOW**, this 9th day of December, 2020, the Application for Leave to File Verified Supplement is granted.  Upon consideration of the responses to a Notice and Order directing Jason Edward Rheinstein to provide reasons against the imposition of a disbarment reciprocal to that imposed by the Court of Appeals of Maryland, Jason Edward Rheinstein is disbarred from the practice of law in this Commonwealth.  Respondent shall comply with all the provisions of Pa.R.D.E. 217.